**94–322.** State v. Robinson. *Cuyahoga County,* No. 64390. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Appellant filed a notice of appeal on February 14, 1994. A notice of appearance was filed by attorney Arthur P. Lambros on March 28, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective June 15, 1994.

**94–503.** State ex rel. Graves v. Callahan. *Cuyahoga County,* No. 66400. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On March 28, 1994, this court granted appellant's request for an extension of time to file merit brief. The merit brief was due on May 18, 1994. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective June 15, 1994.

IT IS FURTHER ORDERED that the appellee recover from the appellant its costs herein expended; and that a mandate be sent to the Court of Appeals for Cuyahoga County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Cuyahoga County for entry.

**94–740.** Phifer-Edwards, Inc. v. Hartford Fire Ins. Co. *Cuyahoga County,* No. 65536. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective June 15, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–836.** Davis v. Lichtenwalter. *Stark County,* No. CA–9299. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective June 15, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–932.** Nehoda v. Nehoda. *Cuyahoga County,* No. 64598. This cause is pending before the court as a discretionary appeal. This court denied appellant's request for an extension of time to file a memorandum in support of jurisdiction on May 16, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective June 15, 1994.